IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 0 6 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JASON CROFFORD | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) SA-17-CV-209-OG |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant | ) |

**FINAL JUDGMENT**

In accordance with the Court's findings of fact and conclusions of law, the Court enters this final judgment as follows:

It is ORDERED that judgment is entered in favor of Plaintiff and against Defendant, and Plaintiff shall recover damages in the amount of TWO HUNDRED TWENTY-TWO THOUSAND TWENTY-NINE AND 98/100 ($222,029.98) DOLLARS.[1]

It is further ORDERED that Plaintiff should recover his taxable costs as prevailing party to the extent set forth in 28 U.S.C. §§ 1920, 2412.

It is further ORDERED that post judgment interest should be allowed to the extent set forth in 31 U.S.C. § 1304(b)(1)(A).

SIGNED AND ENTERED this 6 day of March, 2019.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

---

[1] Attorneys fees in an amount not to exceed 25% of the total amount of damages awarded herein will be paid out of the total amount of the judgment. *See* 28 U.S.C. § 2678.